✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Washington Times Aviation USA LLC,
Times Aerospace International LLC

        Plaintiffs,

V.

Douglas D.M. Joo,
Peter H. Kim

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-00928-HDM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Judgment is hereby entered in favor of Plaintiffs' counsel Blair Brown, Esq. and Kirtan Mehta, Esq. in the amount of $17,158.35 and Jacob Bundick, Esq. in the amount of $4,766.50 and against the Objector Peter H. Kim.

 

June 28, 2013                                                      /s/ Lance S. Wilson

Date                                                            Clerk

                                                                         /s/ Molly Morrison

                                                                        (By) Deputy Clerk